# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiClerico, Joseph A. | United States District Court District of New Hampshire | 03/26/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 1/1/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

55 Pleasant Street, Room 400
Concord, NH 03301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I and Trust IV |
| 2. | Trustee | Mayhew Program |
| 3. | Trustee and Secretary | Ausbon Sargent Land Preservation Trust |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.  Dodds Family | Use of boathouse to dock boat (See Part VIII) | $2,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Brokerage Account #1 (H) | | | | | | | | | |
| 2.   -Sh. Com. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 3.   -Sh. Com. General Electric | A | Dividend | | | Sold | 12/31/19 | J | | |
| 4.   -Commonwealth Fin. Network Bank Deposit Sweep Program | A | Interest | J | T | | | | | See Part VIII |
| 5.   Wabtec Corp. | A | Dividend | J | T | Spinoff<br>(from line 3) | 02/26/19 | J | | |
| 6.   | | | | | | | | | |
| 7.   IRA Brokerage Acct #2 (H) | | | | | | | | | |
| 8.   -Commonwealth Fin. Network Advisory Retirement Sweep Program | A | Interest | J | T | | | | | See Part VIII |
| 9.   -Fidelity Money Market Premium Cl. | A | Dividend | J | T | | | | | |
| 10.  -FPA New Income (FPNIX) | A | Dividend | J | T | | | | | |
| 11.  -IVA Worldwid Fnd Cl 1 (IVWIX) | A | Dividend | J | T | | | | | |
| 12.  -PIMCO Inc. Fnd. Inst. Fnd (PIMIX) | A | Dividend | J | T | | | | | |
| 13.  -Primecap Odyssey Growth Fnd (POGRX) | A | Dividend | J | T | | | | | |
| 14.  -American Europacific Growth Fnd CL F2 (AEPFX) | A | Dividend | J | T | | | | | |
| 15.  -Ishares Core S&P Small Cap ETF (IJR) | A | Dividend | J | T | | | | | |
| 16.  -American New Perspective CLF 2 (ANWFX) | A | Dividend | J | T | | | | | |
| 17.  - Invesco Oppenheimer Dev. Mkts CL Y-Name change-see Sec VIII (ODVYX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard BD Index FD Inc Total Bd Mkt ETF (BND) | A | Dividend | J | T | | | | | |
| 19. -Vanguard FTSE All-WLD Ex-US ETF (VEU) | A | Dividend | | | Sold | 07/08/19 | J | | |
| 20. -Vanguard Index S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 21. -Vanguage Group Div App ETF (VIG) | A | Dividend | J | T | Buy | 07/08/19 | J | | |
| 22. | | | | | | | | | |
| 23. IRA Brokerage Acct. #3 (H) | | | | | | | | | |
| 24. -Fidelity Money Market Prem. CL | A | Dividend | J | T | | | | | |
| 25. -Commonwealth Fin. Network Advisory Retirement Sweep Program | A | Interest | J | T | | | | | See Part VIII |
| 26. -PIMCO Income Fnd Instit Fd (PIMIX) | A | Dividend | J | T | | | | | |
| 27. -IVA Worldwide Fnd CL1 (IVWIX) | A | Dividend | J | T | | | | | |
| 28. -Primecap Odyssey Growth Fd (POGRX) | A | Dividend | J | T | | | | | |
| 29. -American Europacific Growth Fnd CL F2 (AEPFX) | A | Dividend | J | T | | | | | |
| 30. -Ishares Core S&P Small Cap ETF (IJR) | A | Dividend | J | T | | | | | |
| 31. -American New Perspective CL F2 (ANWFX) | A | Dividend | J | T | | | | | |
| 32. -Invesco Oppenheimer Dev. Mkts CL Y-Name change-see Sec VIII (ODVYX) | A | Dividend | J | T | | | | | |
| 33. -Vanguard Bd. Index Fd Total Bd Market ETF (BND) | A | Dividend | J | T | | | | | |
| 34. -Vanguard FTSE All-WLD Ex-US ETF (VEU) | A | Dividend | | | Sold | 07/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Vanguard Index S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 36. -PIMCO All Asset FND (PAAIX) | A | Dividend | J | T | | | | | |
| 37. -Vanguard Fixed Inc. Secs Fd Inter-Term Invt. Grade Fd-Admiral (VFDIX) | A | Dividend | J | T | | | | | |
| 38. -Vanguard Group Div App ETF (VIG) | A | Dividend | J | T | Buy | 07/08/19 | J | | |
| 39. | | | | | | | | | |
| 40. Trust I (H) | | | | | | | | | |
| 41. -Fidelity Money Market Prem. CL | B | Dividend | M | T | | | | | |
| 42. -Commonwealth Fin. Network Bank Deposit Sweep Program | A | Interest | J | T | | | | | See Part VIII |
| 43. -Manchester NH Redev. Auth - Zero Cop. Bnd 1/1/20 | | None | K | T | | | | | |
| 44. -American Internat'l Growth & Income F2 | A | Dividend | | | Sold | 07/03/19 | K | D | |
| 45. -Vanguard Index FDS Vanguard Total Stk Mkt ETF (VTI) | B | Dividend | M | T | | | | | |
| 46. -Vanguard Limited Term Tax Exempt Admiral Shs (VMLUX) | B | Dividend | L | T | | | | | |
| 47. -Vanguard Group Div App ETF (VIG) | A | Dividend | K | T | Buy | 07/08/19 | K | | |
| 48. -FPA New Income Inc. (FPNIX) | B | Dividend | L | T | | | | | |
| 49. -IVA Worldwide Fund CL I (IVWIX) | D | Dividend | M | T | | | | | |
| 50. -Invesco Oppenheimer Dev. Mkts. CL Y- Name change-see Sec VIII (ODVYX) | B | Dividend | L | T | | | | | |
| 51. -FPA FDSTR Crescent Portfolio (FPACX) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Mun BD FD Inter Term Tax Exempt FDA Admiral Shs. (VWIUX) | B | Dividend | L | T | | | | | |
| 53. | | | | | | | | | |
| 54. Trust III (H) | | | | | | | | | |
| 55. -Commonweath Fin. Network Bank Deposit Sweep Program | A | Interest | J | T | | | | | See Part VIII |
| 56. -Fidelity Money Market Premium CL | A | Dividend | K | T | | | | | |
| 57. -Sh. Com. Community Bancorp | C | Dividend | L | T | | | | | |
| 58. -Sh. Com. Bar Harbor Bankshares | A | Dividend | K | T | | | | | |
| 59. -American Funds Capital World Growth & Inc. Fnd (WGIFX) | B | Dividend | L | T | | | | | |
| 60. -Dodge & Cox FDS Int'l Stk FD | | | | | Sold | 07/03/19 | K | D | |
| 61. -American Funds Int'l Growth & Income FD (IGFFX) | C | Dividend | M | T | | | | | |
| 62. -FPA New Income Inc. | B | Dividend | | | Sold | 12/20/19 | L | | |
| 63. -American Funds Fundamental Invs. Inc. Class F-2 (FINFX) | D | Dividend | L | T | | | | | |
| 64. -IVA Worldwide Fund (IVWIX) | D | Dividend | M | T | | | | | |
| 65. -American Funds Inc. New World (NFFX) | D | Dividend | M | T | | | | | |
| 66. -Pimco All Asset Inst. CL (PAAIX) | D | Dividend | M | T | Buy | 01/14/19 | M | | |
| 67. -American Lmt Term Tax Exempt Bond F2 (LTEFX) | A | Dividend | L | T | Buy | 12/24/19 | L | | |
| 68. -FPA FDS TR FPA Crescent Portfolio Instl. (FRACX) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -Vanguard Specialized Portfolios Dividend Growth FD (VDIGX) | D | Dividend | M | T | | | | | |
| 70. | -American Tax Exempt Bnd. of Am. F2 (TEAFX) | A | Dividend | K | T | | | | | |
| 71. | -Vanguard Mun. Bd Fd Inc Tax Exempt Bd (VTEB) | C | Dividend | M | T | | | | | |
| 72. | -Vanguard Index S&P 500 ETF (VOO) | B | Dividend | L | T | | | | | |
| 73. | | | | | | | | | | |
| 74. | TRUST IV (H) | | | | | | | | | |
| 75. | -Fidelity Money Market Premium CL | A | Dividend | M | T | | | | | |
| 76. | -Commonwealth Fin. Network Bank Deposit Sweep Program | A | Interest | K | T | | | | | See Part VIII |
| 77. | -Sh. Com. Community Bancorp | C | Dividend | L | T | | | | | |
| 78. | -Bar Harbor Bankshares | B | Dividend | L | T | | | | | |
| 79. | -American Mutual FD Inc. CL A (AMRMX) | C | Dividend | M | T | Buy | 07/05/19 | K | | |
| 80. | -American Funds International Growth & Income Class A (IGAAX) | A | Dividend | | | Sold | 07/03/19 | K | D | |
| 81. | -American Funds International Growth and Income F2 (IGFFX) | D | Dividend | M | T | | | | | |
| 82. | -American Fund Fundamental Investors Inc. CL A (ANCFX) | D | Dividend | M | T | | | | | |
| 83. | -American Fund New World Fund CL A (NEWFX) | C | Dividend | M | T | | | | | |
| 84. | -Dodge and Cox FDS Int'l Stk FD (DODFX) | D | Dividend | M | T | Sold (part) | 12/09/19 | L | E | |
| 85. | -IVA Worldwide Fund (IVWIX) | D | Dividend | M | T | Sold (part) | 12/09/19 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | -Wells Fargo FDS Trust WFA Absolute Return Fnd. | | None | | | Sold | 07/08/19 | M | D | |
| 87. | -PIMCO ALL Asset Inst. CL (PAAIX) | C | Dividend | L | T | Buy | 01/14/19 | M | | |
| 88. | | | | | | Sold (part) | 12/09/19 | L | C | |
| 89. | -Invesco Oppenheimer Dev. Mkts CL Y-Name change-see Sec VIII (ODVYX) | C | Dividend | M | T | | | | | |
| 90. | -FPA New Income (FPNIX) | A | Dividend | M | T | Buy | 12/09/19 | M | | |
| 91. | -FPA FDS TR FPA Crescent Portfolio (FPACX) | D | Dividend | M | T | | | | | |
| 92. | -Fidelity Advisor Total Bnd CL2 (FBKWX) | A | Dividend | L | T | Buy | 12/09/19 | L | | |
| 93. | -Vanguard Index Fnds Vanguard Total Stk Mkt ETF (VTI) | B | Dividend | M | T | | | | | |
| 94. | -Primecap Odyssey Stock Fund (POSKX) | E | Dividend | N | T | | | | | |
| 95. | -Vanguard Group Div. App ETF (VIG) | A | Dividend | L | T | Buy | 07/08/19 | M | | |
| 96. | | | | | | | | | | |
| 97. | TRUST V (H) 1/1/19 to 10/31/19 (closed) | | | | | | | | | See Part VIII |
| 98. | -Commonwealth Fin. Network Bank Deposit Sweep Program | A | Interest | J | T | | | | | See Part VIII |
| 99. | -Fidelity Money Market Premium CL | B | Dividend | L | T | | | | | |
| 100. | -Primecap Odyssey Growth Fund | | None | | | Sold | 06/20/19 | M | | |
| 101. | -Wabtec Corp. | A | Dividend | | | Spinoff (from line 107) | 02/16/19 | J | | |
| 102. | | | | | | Sold | 06/20/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Edgewood Growth Fnd Inst. CL (EGFIX) | | None | L | T | Buy | 06/21/19 | L | | |
| 104. -Dodge & Cox Global Stock Fund (DODWX) | | None | L | T | Buy | 01/02/19 | K | | |
| 105. -Vanguard Index FDS Vanguard Small Caps Vipers (VB) | B | Dividend | M | T | Buy | 01/03/19 | L | | |
| 106. -Sh. Com. Exxon Mobil | C | Dividend | L | T | | | | | |
| 107. -Sh. Com. General Electric | A | Dividend | J | T | | | | | |
| 108. -IVA Worldwide Fund CL1 (IVWIX) | | None | L | T | Sold (part) | 06/20/19 | M | | |
| 109. -Fidelity Adv. Interm. Mun. Inc. 2 (FIQZX) | A | Dividend | M | T | Buy | 06/21/19 | M | | |
| 110. -Fuller & Thayer Behv Small Cap (FTHSX) | | None | M | T | Buy | 06/21/19 | L | | |
| 111. -FPA Crescent (FPACX) | C | Dividend | M | T | | | | | |
| 112. -IVA International FD CL1 (IVWIX) | | None | | | Sold | 06/20/19 | L | | |
| 113. -Vanguard Mun BD FD Inter Term Tax Ex. FD (Admiral) (VWIUX) | B | Dividend | M | T | | | | | |
| 114. -T. Rowe Price Inst. Large Cap (TPLGX) | | None | M | T | Buy | 06/21/19 | M | | |
| 115. | | | | | | | | | |
| 116. TRUST V(a) (H) | | | | | | | | | See Part VIII |
| 117. -Commonwealth Fin. Network Bank Deposit Sweep Program | A | Interest | K | T | | | | | See Part VIII |
| 118. -Fidelity Money Market Premium CL | B | Dividend | L | T | | | | | |
| 119. -Edgewood Growth Fnd Inst. CL (EGFIX) | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Dodge & Cox Global Stock Fund (DODWX) | C | Dividend | L | T | | | | | |
| 121.  -Vanguard Index FDS Vanguard Small Caps Vipers (VB) | A | Dividend | M | T | | | | | |
| 122.  -Sh. Com. Exxon Mobil | A | Dividend | L | T | | | | | |
| 123.  -Sh. Com. General Electric | | None | J | T | | | | | |
| 124.  -IVA Worldwide Fund CL1 (IVWIX) | D | Dividend | L | T | | | | | |
| 125.  -Fidelity Adv. Interm. Mun. Inc. 2 (FIQZX) | B | Dividend | M | T | | | | | |
| 126.  -Fuller & Thayer Behv Small Cap (FTHSX) | A | Dividend | M | T | | | | | |
| 127.  -FPA Crescent (FPACX) | C | Dividend | M | T | | | | | |
| 128.  -Vanguard Mun BD FD Inter Term Tax Ex. FD (Admiral) (VWIUX) | A | Dividend | M | T | | | | | |
| 129.  -T. Rowe Price Inst. Large Cap (TPLGX) | A | Dividend | M | T | | | | | |
| 130. | | | | | | | | | |
| 131.  TRUST VI (H) 1/1/19 to 10/31/10 (closed) | | | | | | | | | See Part VIII |
| 132.  -Commonwealth Fin. Network Bank Deposit Sweep Program | A | Interest | J | T | | | | | See Part VIII |
| 133.  -American Balanced Fund (CLA (ABALX) | B | Dividend | M | T | | | | | |
| 134.  -American Funds - American Mutual Fund CLA (AMRMX) | C | Dividend | N | T | | | | | |
| 135.  -American Funds: International Growth and Income Fund (IGAAX) | D | Dividend | N | T | | | | | |
| 136.  -American Funds: Fundamental Investors CLA (ANCFX) | C | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -American Funds: New World CLA (NEWFX) | None | | M | T | | | | | |
| 138. -American Europacific Growth FD | A | Dividend | | | Sold | 06/21/19 | L | C | |
| 139. -American Amcap CLA (AMCPX) | None | | L | T | Buy | 06/21/19 | L | | |
| 140. | | | | | | | | | |
| 141. TRUST VI (a) (H) | | | | | | | | | See Part VIII |
| 142. -Commonwealth Fin. Network Bank Deposit Sweep Program | A | Interest | J | T | | | | | See Part VIII |
| 143. -American Balanced Fund (CLA (ABALX) | C | Dividend | M | T | | | | | |
| 144. -American Funds - American Mutual Fund CLA (AMRMX) | D | Dividend | N | T | | | | | |
| 145. -American Funds: International Growth and Income Fund (IGAAX) | B | Dividend | N | T | | | | | |
| 146. -American Funds: Fundamental Investors CLA (ANCFX) | E | Dividend | N | T | | | | | |
| 147. -American Funds: New World CLA (NEWFX) | D | Dividend | M | T | | | | | |
| 148. -American Amcap CLA (AMCPX) | A | Dividend | L | T | | | | | |
| 149. | | | | | | | | | |
| 150. TRUST VII (H) | | | | | | | | | |
| 151. -Commonwealth Fin. Network Bank Deposit Sweep Program | A | Interest | J | T | | | | | See Part VIII |
| 152. -American Funds: International Growth and Income Fund CLA (IGAAX) | B | Dividend | L | T | | | | | |
| 153. -American Funds: New World Fund CLA Funds (NEWFX) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. TRUST VIII (H) | | | | | | | | | |
| 156. -Fidelity Money Market Premium CL | B | Dividend | L | T | | | | | |
| 157. -Commonwealth Fin. Network Bank Deposit Sweep Program | A | Interest | K | T | | | | | See Part VIII |
| 158. -Dodge & Cox Stk. FD (DODGX) | D | Dividend | L | T | | | | | |
| 159. -IVA Worldwide FD CL1 (IVWIX) | D | Dividend | L | T | Sold (part) | 06/20/19 | L | D | |
| 160. -Wells Fargo Absolute Return FD | | None | | | Sold | 06/20/19 | K | C | |
| 161. -Invesco Oppenheimer Dev. Mkts CL Y-Name change-see Sec VIII (ODVYX) | | None | | | Sold | 06/20/19 | K | D | |
| 162. -Pimco All Asset FD (PAAIX) | C | Dividend | M | T | | | | | |
| 163. -FPA Crescent (FPACX) | D | Dividend | M | T | | | | | |
| 164. -Vanguard Mun BD Fd Inter Term Tax Exempt FD Admiral Shs. (VWIUX) | B | Dividend | L | T | | | | | |
| 165. -Vanguard Mun BD FD Limited Term Tax Exempt FD Admiral Shs. (VMLUX) | A | Dividend | K | T | Sold (part) | 06/20/19 | J | | |
| 166. -Vanguard Dividend Growth Investor CL (VDIGX) | B | Dividend | K | T | | | | | |
| 167. -Edgewood Growth Fnd. Inst. CL (EGFIX) | A | Dividend | L | T | Buy | 06/21/19 | L | | |
| 168. | | | | | | | | | |
| 169. Miscellaneous (H) | | | | | | | | | |
| 170. -Ledyard Bank Accounts | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 03/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -Nassau Life Ins. Co.-Whole Life Insurance-<br>Name change-see Sec VIII | A | Dividend | K | T | | | | | |
| 172.  -Williams College Charitable Gift Annuity | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DiClerico, Joseph A. | 03/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V Gifts

Page 3, line 1 - Estimate value.


Part VII Investments and Trusts

Page 4, lines 17, 32, 50, 89, 161 - Oppenheimer Dev. Markets Class Y - 5/28/19: Name changed to Invesco Oppenheimer Dev. Markets Class y.

Page 9, line 97 - Trust V: Assets held by Trust V, and not shown as sold, were transferred to and held by Trust V(a) in September and October 2019. Trust V account has been closed.

Page 9, line 116 - Trust V(a): See above, page 9, line 97, Trust V.

Page 11, line 131 - Trust VI: Assets held by Trust VI, not shown as sold, were transferred to and held by Trust VI (a) in September and October of 2019. Trust VI account has been closed.

Page 12, line 141 - Trust VI(a): See above, page 11, line 131, Trust VI.

Page 14, line 171 - Phoenix Mutual Life Ins. - 10/10/19: Name changed to Nassau Life Insurance Company.

Lines 4, 8, 25, 42, 55, 76, 98, 117, 132, 142, 151, 157 - This is the correct name of the money market account that was previously listed as "Goldman Sachs Bank Deposit Sweep Program"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. DiClerico**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544